| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name** — **Devils River Holdings, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 8 1 – 3 1 4 9 8 5 0

4. **Debtor's address**

   **Principal place of business**

   **2700 N. Interstate 35**
   Number    Street

   **San Antonio       TX    78208**
   City            State   ZIP Code

   **BEXAR**
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City            State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Devils River Holdings, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

\_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Devils River Holdings, LLC** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____
   District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____
   District _____ When ___/___/_____ (MM/DD/YYYY) Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When ___/___/_____ (MM/DD/YYYY)
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When ___/___/_____ (MM/DD/YYYY)
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor **Devils River Holdings, LLC** _____ Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number Street

_____

_____ _____ _____
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Devils River Holdings, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/01/2025**
MM / DD / YYYY

X **/s/ Michael P. Cameron**
Signature of authorized representative of debtor

**Michael P. Cameron**
Printed name

**CEO and President**
Title

**18. Signature of attorney**

X **/s/ MICHAEL G. COLVARD**     Date **05/01/2025**
Signature of attorney for debtor     MM / DD / YYYY

**MICHAEL G. COLVARD**
Printed name

**Martin & Drought, P.C.**
Firm name

**Weston Centre**
Number    Street

**112 East Pecan Street**

**San Antonio**     **TX**     **78205**
City     State     ZIP Code

**(210) 227-7591**     **mcolvard@mdtlaw.com**
Contact phone     Email address

**04629200**
Bar number     State

**Fill in this information to identify the case:**

Debtor name: **Devils River Holdings, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McDermott, Will & Emery, LLC<br>2501 North Harwood Street<br>Suite 1900<br>Dallas, TX 75201-1664 | | ACCOUNT BALANCE | | | | $317,127.76 |
| 2 | Sazerac<br>10101 Linn Station Rd.<br>Louisville, KY 40223 | | ACCOUNT BALANCE | | | | $258,929.69 |
| 3 | 401 E. Houston Street<br>AREA Real Estate, LLC<br>1221 Broadway, Suite 104<br>San Antonio, TX 78215 | | ACCOUNT BALANCE | | | | $132,486.54 |
| 4 | Romph & Pou Agency<br>7225 Fern Ave., Suite 100<br>Schreveport, LA 71105 | | ACCOUNT BALANCE | | | | $83,704.36 |
| 5 | Tricorbraun<br>5122 Dietrich Rd., Ste. 100<br>San Antonio, TX 78219 | | ACCOUNT BALANCE | | | | $51,793.36 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Devils River Holdings, LLC**　　　　　　　　Case number (if known) _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Hire Dragons  15700 S. Delavan Cv.  Austin, TX 78717 | | ACCOUNT BALANCE | | | | $50,732.08 |
| 7  Pollock  P.O. Box 735070  Dallas, TX 75373-5070 | | ACCOUNT BALANCE | | | | $50,634.60 |
| 8  Bank of America Credit Card  P.O. Box 672050  Dallas, TX 75267-2050 | | ACCOUNT BALANCE | | | | $47,961.50 |
| 9  RSM US LLP  5155 Payshire Circle  Chicago, IL 60674 | | ACCOUNT BALANCE | | | | $39,501.00 |
| 10  Sol Schwartz & Associates  8000 IH-10 West  San Antonio, TX 78230 | | ACCOUNT BALANCE | | | | $35,700.00 |
| 11  Chipman Glasser  2000 South Colorado Blvd.  Tower 1, Suite 7500  Denver, CO 80222 | | ACCOUNT BALANCE | | | | $24,385.50 |
| 12  Persedo  5318 FM 517, Bldg. C  Alvin, TX 77511 | | ACCOUNT BALANCE | | | | $19,270.71 |
| 13  MGP Ingredients, LLC  Cray Business Plaza  100 Commercial Street  P.O. Box 130  Atchison, KS 66002 | | ACCOUNT BALANCE | | | | $11,406.45 |

Debtor **Devils River Holdings, LLC**  Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Gunn, Lee & Cave  8023 Vantage Dr.  Suite 1500  San Antonio, TX 78230 | | ACCOUNT BALANCE | | | | $8,000.00 |
| 15 | Texas Package Stores Association  1122 Colorado Street, Suite 313  Austin, TX 78701 | | ACCOUNT BALANCE | | | | $6,000.00 |
| 16 | Parking Management  3713 Charlotte Ave.  Nashville, TN 37209 | | ACCOUNT BALANCE | | | | $5,927.77 |
| 17 | Carrington Colem  901 Main Street  Suite 5500  Dallas, TX 75202 | | ACCOUNT BALANCE | | | | $5,323.50 |
| 18 | Speed Industrial  P.O. Box 4356, Dept. 2284  Houston, TX 77210-4356 | | ACCOUNT BALANCE | | | | $4,968.88 |
| 19 | Commerce Street Capital  1445 Ross Avenue, Suite 2700  Dallas, TX 75202 | | ACCOUNT BALANCE | | | | $4,500.00 |
| 20 | Cincinnati Insurance  GBMB Insurance  P.O. Box 790828  San Antonio, TX 78279 | | ACCOUNT BALANCE | | | | $4,152.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 3

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Devils River Holdings, LLC**            CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   5/1/2025                         Signature   */s/ Michael P. Cameron*
                                                                   *Michael P. Cameron*
                                                                     *CEO and President*

Date                                 Signature

401 E. Houston Street
AREA Real Estate, LLC
1221 Broadway, Suite 104
San Antonio, TX 78215

Carrington Colem
901 Main Street
Suite 5500
Dallas, TX 75202

Easy Ice
P.O. Box 650769
Dallas, TX 75265-0769

Alamo City Liquors
1311 N. Alamo
San Antonio, TX 78215

Chem Aqua
P.O. Box 971269
Irving, TX 75397-1269

EcoCare
P.O. Box 759
Round Rock, TX 78680

Alphagraphics
2722 N. Josey Lane
Suite 100
Carrolton, TX 75007

Chipman Glasser
2000 South Colorado Blvd.
Tower 1, Suite 7500
Denver, CO 80222

Elder, Bray & Bankler
755 E. Mulberry Ave.
Suite 450
San Antonio, TX 78212

Alsco
3323 East Commerce
San Antonio, TX 78220

Cincinnati Insurance
GBMB Insurance
P.O. Box 790828
San Antonio, TX 78279

Favorite Brands
3900 North McColl Road
McAllen, TX 78501

Ascap
P.O. Box 331608
Attn: Account Services
Nashville, TN 37203-7515

City of San Antonio
Revenue Collections
P.O. Box 60
San Antonio, TX 78291-0060

Favorite Brands
3900 N. McColl Road
McAllen, TX 78501

Bank of America Credit Card
P.O. Box 672050
Dallas, TX 75267-2050

CITY PUBLIC SERVICE
PO BOX 2678
SAN ANTONIO, TX 78289-0001

Fink Cigar
12923 Jones Maltsberger Rd.
San Antonio, TX 78247-4218

Ben E. Keith
P.O. Box 1570
Fort Worth, TX 76101

Commerce Street Capital
1445 Ross Avenue, Suite 2700
Dallas, TX 75202

Five X Solutions
1550 Wewatta St.,
Suite 200
Denver, CO 80202

Berlin Packaging
P.O. Box 74007164
Chicago, IL 60674-7164

Comptroller of Public Accounts
c/o Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Food Related
17401 Triton
Schertz, TX 78154

Bexar County Tax Assessor-Colle
P.O.Box 2903
San Antonio, TX 78299-2903

Crystal Nobles Fineart
706 N. Lea Avenue
Roswell, NM 88201

Grandstand
P.O. Box 3497
Wichita, KS 67201

BMI
10 Music Square East
Nashville, TN 37203-4399

CSI
4718 Camino Dorado Dr.
San Antonio, TX 78233

Gunn, Lee & Cave
8023 Vantage Dr.
Suite 1500
San Antonio, TX 78230

25-50959-cag  Doc#1  Filed 05/01/25  Entered 05/01/25 17:07:00  Main Document  Pg 11 of 12

Debtor(s): **Devils River Holdings, LLC**  Case No:  Chapter: **11**  **WESTERN DISTRICT OF TEXAS**  **SAN ANTONIO DIVISION**

Haynes Boone
P.O. Box 841399
Dallas, TX 75284-1399

Lohr Distributing
1100 S. 9th Street
St. Louis, MO 63104

Pollock
P.O. Box 735070
Dallas, TX 75373-5070

Here Comes the Guide
Hopscotch Press, Inc.
21 Orinda Way, Suite C, #428
Orinda, CA 94563

LSD Lending LLC
c/o David Copeland
119 Tennyson Place
Coppell, TX 75019

Proficient Benefit Solutions
P.O. Box 380768
San Antonio, TX 78268

Hire Dragons
15700 S. Delavan Cv.
Austin, TX 78717

Mail Chimp
675 Ponce De Leon Ave. NE
Suite 5000
Atlanta, GA 30308

Right Networks
14 Hampshire Drive
Hudson, NH 03051

Inline Filling Systems
216 Seaboard Avenue
Venice, FL 34285

McDermott, Will & Emery, LLC
2501 North Harwood Street
Suite 1900
Dallas, TX 75201-1664

Romph & Pou Agency
7225 Fern Ave., Suite 100
Schreveport, LA 71105

INTERNAL REVENUE SERVICE
Special Procedures - Insolvency
P.O. BOX 21126
PHILADELPHIA, PA  19114

MGP Ingredients, LLC
Cray Business Plaza
100 Commercial Street
P.O. Box 130
Atchison, KS 66002

RSM US LLP
5155 Payshire Circle
Chicago, IL 60674

IPRO Media
P.O. Box 58
Van Alstyne, TX 75495

MGPI of Indiana, LLC
c/o MGP Ingredients, Inc.
100 Commerical Street
P.O. Box 130
Atchison, Kansas 66002

San Antonio Water System
P.O. Box 2990
San Antonio, TX 78299-2990

JumpFiber, Inc.
16414 San Pedro Ave.
Ste. 525
San Antonio, TX 78232

Mission Restaurant Supply
1126 N. St. Mary's Street
San Antonio, TX 78210

Sazerac
10101 Linn Station Rd.
Louisville, KY 40223

Keith Pike
3506 Clairmont
San Antonio, TX 78259

Parking Management
3713 Charlotte Ave.
Nashville, TN 37209

Shur-Flow Beverages
5804 Babcock Road, Suite 135
San Antonio, TX 78240-2134

L&F Distributors, LLC
3900 N. McColl Road
McAllen, TX 78501

Persedo
5318 FM 517, Bldg. C
Alvin, TX 77511

Slow Dough Bread Co.
9330 W. Airport Blvd.
Suite 100
Houston, TX 77031

Lincoln National Life Insurance
P.O. Box 21008
Greensboro, NC 27420-1008

PlayBall Marketing
17203 N.W. Millitary, Suite 830
San Antonio, TX 78257

Sol Schwartz & Associates
8000 IH-10 West
San Antonio, TX 78230

Spec's  
2410 Smith Street  
Houston, TX 77006

The Hartford  
P.O. Box 660916  
Dallas, TX 75266-0916

Spectrum Business  
P.O. Box 60074  
City of Industry, CA 91716-0074

Top Tier Security Consulting LLC  
24006 Alpine Lodge  
San Antonio, TX 78258

Speed Industrial  
P.O. Box 4356, Dept. 2284  
Houston, TX 77210-4356

Tricorbraun  
5122 Dietrich Rd., Ste. 100  
San Antonio, TX 78219

TABC  
P.O. Box 13127  
Austin, TX 78711-3127

Uline  
P.O. Box 88741  
Chicago, IL 60680-1741

Texas Alcohol Beverage Comm  
License and Permits Division  
P.O. Box 13127  
Austin, TX 78711

United States Attorney  
Taxpayer Division  
601 NW Loop 410, Suite 600  
San Antonio, TX 78216-5512

Texas Attorney General's  
Office  
Bankruptcy-Collections Div.  
P.O. Box 12548  
Austin, TX 78711-2548

United States Attorney General  
950 Pennsylvania Ave., NW  
Washington, DC 20530-0001

Texas Comptroller of Public Acc  
P.O. Box 13528  
Austin, TX 78711-3528

Vallance Inc.  
1 Commercial Place  
Schertz, TX 78154

Texas Mutual Insurance  
6210 East Hwy. 290  
Austin, TX 78723-1098

Videojet Technologies, Inc.  
1500 Mittel Boulevard  
Wood Dale, IL 60191-1073

Texas Package Stores Association  
1122 Colorado Street, Suite 313  
Austin, TX 78701

Texas Workforce Commission  
P.O. Box 12548, MC008  
Austin, TX 78711-2548