**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 09, 2025.**



_____
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11, Subchapter V |
| | § | |
| DEVILS RIVER HOLDINGS, LLC, | § | Case No. 25-50959 |
| | § | |
| DEVILS RIVER DISTILLERY, LLC | § | Case No. 25-50960 |
| | § | |
| DEBTORS.[1] | § | (Jointly Administered) |

### ORDER DENYING CONFIRMATION OF DEBTORS' SECOND AMENDED SUBCHAPTER V PLAN

Came on for consideration on October 8, 2025, the Subchapter V Debtors' Second Amended Plan ("Amended Plan", ECF No. 203), filed on September 4, 2025.

**IT IS ORDERED** that for the reasons and findings stated on the record during the October 8, 2025 hearing, confirmation of the Amended Plan is **DENIED**.

### END OF ORDER ###

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Devils River Holdings, LLC (9850) and Devils River Distillery, LLC (0987). The address for both Debtors is 2700 N. Interstate 35, San Antonio, Texas 78208.

1

Prepared and submitted by:

Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Meghan D. Young, Tex. Bar No. 24138518
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
meghan.young@wickphillips.com

*COUNSEL TO LSD LENDING, LLC*